UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | BCN#: 09-36849\KRH |
| GREER GIBSON MILLIRON | Chapter: 7 |
| Debtor(s) | |
| GMAC MORTGAGE, LLC. | |
| or present noteholder, | |
| Movant/Secured Creditor, | |
| v. | CONSENT ORDER GRANTING RELIEF |
| GREER GIBSON MILLIRON | FROM AUTOMATIC STAY |
| Debtor(s) | |
| and | |
| HARRY SHAIA, JR. | |
| Trustee | |
| Respondents | |

Upon review of the above-captioned motion for relief from stay; and WHEREAS, the parties are in agreement;

IT IS ORDERED that the Section 362 automatic stay is lifted on the real property in the COUNTY OF HANOVER with the address of 11291 CRUTCHFIELDS COURT, Glen Allen, VA 23059, and more particularly described in the deed of trust dated September 18, 2006 and recorded as Deed Book/Instrument Number 2771, PAGE 119, among the land records of the said city/county, as:

> ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND LYING AND BEING IN THE SOUTH ANNA DISTRICT, HANOVER COUNTY, VIRGINIA AND DESIGNATED AS LOT 63, CEDARLEA PARK, SECTION 1, ALL AS MORE PARTICULAR SHOWN ON THE PLAT OF SUBDIVISION PREPARED BY WINGATE & KESTNAR, P. L. C., CIVIL ENGINEERS AND LAND SURVEYORS, DATED OCTOBER 31, 2000, REVISED NOVEMBER 28, 2000, ENTITLED "CEDARLEA PARK, SECTION 1", RECORDED JANUARY 10, 2001, IN THE CLERK'S OFFICE, CIRCUIT COURT, HANOVER COUNTY, VIRGINIA, IN SUBDIVISION PLAT BOOK 8, PAGE 460, REFERENCE TO WHICH IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION.

Trenita Jackson-Stewart, Esquire VSB# 48412
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462
(757) 687-8777  09-163903D

IT IS FURTHER ORDERED that F.R.B.P. 4001(a)(3) is not applicable to the case at hand and GMAC MORTGAGE, LLC. may immediately enforce and implement this order granting relief from the automatic stay;

IT IS FURTHER ORDERED that the relief granted in this order shall survive any subsequent conversion by the Debtor(s) to a case under any other chapter of the bankruptcy code.

IT IS FURTHER ORDERED that upon sale of the above-mentioned property, that all excess proceeds be paid to the Chapter 7 Trustee.

Date:                                    By the Court:

_____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

 /S/ TRENITA JACKSON STEWART
_____
TRENITA JACKSON STEWART
Counsel for Movant


SEEN; AGREED TO:

 /S/ KIMBERLY ALICE CHANDLER
_____
KIMBERLY ALICE CHANDLER, Counsel for Debtor(s)

SEEN;  AGREED TO;

 /S/ HARRY SHAIA, JR
_____
HARRY SHAIA, JR., Trustee


I certify that the above Order has been served upon and endorsed by all necessary parties to the action.

 /S/ TRENITA JACKSON STEWART
_____
TRENITA JACKSON STEWART
Counsel for Movant

Copies of this order are to be sent to:

SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462

KIMBERLY ALICE CHANDLER
P.O. BOX 17586
RICHMOND, VA 23226

HARRY SHAIA, JR.
8550 MAYLAND DR.
RICHMOND, VA 23294

GREER G. MILLIRON
8033 BELTON CIRCLE
Mechanicsville, VA 23116


09-163903D