UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                           BCN#: 09-36849\KRH
GREER GIBSON MILLIRON                     Chapter: 7
      Debtor(s)

GMAC MORTGAGE, LLC.
or present noteholder,
      Movant/Secured Creditor,

                                                          CONSENT ORDER GRANTING RELIEF
                                                          FROM AUTOMATIC STAY

v.

GREER GIBSON MILLIRON
      Debtor(s)
and
HARRY SHAIA, JR.
      Trustee
      Respondents

      Upon review of the above-captioned motion for relief from stay; and WHEREAS, the parties are in agreement;

      IT IS ORDERED that the Section 362 automatic stay is lifted on the real property in the County of Henrico with the address of 11416 CARUTHERS WAY, Glen Allen, VA 23059, and more particularly described in the deed of trust dated October 6, 2004 and recorded among the land records of the said city/county, as:

> ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND WITH IMPROVEMENTS THEREON AND APPURTENANCES THERETO, LYING AND BEING IN THE SOUTH ANNA DISTRICT, HANOVER COUNTY, VIRGINIA, AND DESIGNATED AS LOT 28, CEDARLEA PARK, SECTION 1, ALL AS MORE PARTICULARLY SHOWN ON THE PLAT OF SUBDIVISION PREPARED BY WINGATE & KESTNER, P.L.C., CIVIL ENGINEERS AND LAND SURVEYORS, DATED OCTOBER 31, 2000, (REVISED NOVEMBER 28, 2000) ENTITLED "CEDARLEA PARK, SECTION 1", WHICH PLAT WAS RECORDED JANUARY 10, 2001, IN THE CLERK'S OFFICE, CIRCUIT COURT, HANOVER COUNTY, VIRGINIA, IN SUBDIVISION PLAT BOOK 8, PAGE 460, REFERENCE TO WHICH PLAT IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE PROPERTY CONVEYED.

Trenita Jackson-Stewart, VSB# 48412
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462

   IT IS FURTHER ORDERED that F.R.B.P. 4001(a)(3) is not applicable to the case at hand and GMAC MORTGAGE, LLC. may immediately enforce and implement this order granting relief from the automatic stay;

   IT IS FURTHER ORDERED that the relief granted in this order shall survive any subsequent conversion by the Debtor(s) to a case under any other chapter of the bankruptcy code.

   IT IS FURTHER ORDERED that nothing contained herein shall prohibit the Movant from adding reasonable attorney's fees and costs incurred in this proceeding to the outstanding indebtedness in accord with the terms of the subject Deed of Trust and Note and applicable state law.

   IT IS FURTHER ORDERED that subsequent to any foreclosure sale of the subject property conducted by Movant, or its successors or assigns, the Secured Creditor may take all lawful actions to take possession of the Subject Property.

   IT IS FURTHER ORDERED that upon sale of the above-mentioned property, that all excess proceeds be paid to the Chapter 7 Trustee.

Date:_____        By the Court:

                    _____
                    United States Bankruptcy Judge

                    Notice of Judgment or
BCN:  09-36849\KRH          Order Entered on Docket:_____

I ASK FOR THIS:

/s/ EDWARD S. JONES
_____
EDWARD S. JONES, ESQUIRE
Counsel for Movant

SEEN; AGREED TO:

/S/ KIMBERLY CHANDLER
_____

KIMBERLY ALICE CHANDLER, Counsel for Debtor(s)

BCN: 09-36849\KRH

Chapter 7
IN RE: GREER GIBSON MILLIRON
Debtor


SEEN; AGREED TO;

/S/ HARRY S. SHAIA

_____
HARRY SHAIA, JR., Trustee


I certify that the above Order has been endorsed by all necessary parties to the action.

/S/ EDWARD S. JONES

_____
EDWARD S. JONES, ESQ., ESQUIRE

    Copies of this order are to be sent to:

SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462

KIMBERLY ALICE CHANDLER
P.O. BOX 17586
RICHMOND, VA 23226

HARRY SHAIA, JR.
8550 MAYLAND DR.
RICHMOND, VA 23294


GREER G. MILLIRON
8033 BELTON CIRCLE
Mechanicsville, VA 23116

10-175836V